FILED

UNITED STATES COURT OF APPEALS

MAY 29 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DAVID A. GARCIA, an individual, for himself and those similarly situated,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>FREEPORT-MCMORAN OIL AND GAS LLC, a Delaware limited liability corporation and DOES, 1 through 100, inclusive,<br><br>        Defendants-Appellees. | No.   16-56521<br><br>D.C. No.<br>2:16-cv-04320-R-AJW<br>Central District of California,<br>Los Angeles<br><br><br>ORDER |

    This appeal is temporarily closed, for administrative purposes only, pending the U.S. Supreme Court's consideration of a petition for certiorari in *Newton v. Parker Drilling Management Services, Inc., No. 15-56352*. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

    At any time before October 29, 2018, any party may request that this appeal be reopened.

    A **dial-in** mediation conference will be held on October 29, 2018, at 10:00 a.m. **Pacific Time**.

**Each participant will receive an email with dial-in information. Please notify the Mediation Office at mediation@ca9.uscourts.gov if counsel does not receive an email or if additional participants should be added.**

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation